# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City:** Boston
**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: _____  Case No.: _____
- Same Defendant: _____  New Defendant: _____
- Magistrate Judge Case Number: 25-MJ-3038-JDH
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes [ ]  No [✓]

**Defendant Name:** Jonathan Lefman

Juvenile: Yes [ ]  No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ]  No [✓]

**Alias Name:** _____

**Address:** Newton, MA

**Birth date (Yr only):** 1978  **SSN (last 4#):** 6900  **Sex:** M  **Race:** White  **Nationality:** _____

**Defense Counsel if known:** Paul Cirel  **Address:** Todd & Weld LLP, One Federal Street

**Bar Number:** 084320   Boston, MA 02110

**U.S. Attorney Information**

**AUSA:** Elianna J. Nuzum  **Bar Number if applicable:** _____

**Interpreter:** Yes [ ]  No [✓]   List language and/or dialect: _____

**Victims:** Yes [✓]  No [ ]   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [ ]  No [ ]

**Matter to be SEALED:** Yes [✓]  No [ ]

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** [✓] Complaint   [ ] Information   [ ] Indictment

**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/6/2025   **Signature of AUSA:** *Elianna J. Nuzum*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jonathan Lefman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 49 U.S.C. § 45606 | Abusive sexual contact in violation of 18 U.S.C. § 2244(b), | 1 |
| Set 2 | | within the special aircraft jurisdiction of the United States | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**